No. 90–5472.  IN RE MAY.  C. A. 6th Cir.  Certiorari denied.

No. 90–5499.  GOMEZ v. GREER, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 90–5505.  HERMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5514.  VISSER v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–5518.  FRALEY v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5520.  ELUEMUNOH v. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 90–5529.  SZYMANSKI v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5556.  DEMOS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 90–5567.  ALLEN v. STALDER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5574.  DABISH v. CHRYSLER CORP.  Ct. App. Mich. Certiorari denied.

No. 90–5575.  KOKORALEIS v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–5577.  SINDRAM v. WALLIN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 90–5578.  SINDRAM v. MCKENNA ET AL.  C. A. 4th Cir. Certiorari denied.

No. 90–5580.  CARVALHO v. PUBLIC EMPLOYEES FEDERATION ET AL.  C. A. 2d Cir.  Certiorari denied.